**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: May 30, 2025<br>Docket #: 25-810<br>Short Title: Huerta v. J.D. Workforce, Inc. | DC Docket #: 7:23-cv-5382<br>DC Court: SDNY (WHITE PLAINS)<br>DC Judge: Trial Judge - Kenneth M. Karas |

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8543.