UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of June, two thousand twenty-five,

_____

| | |
|---|---|
| Jose Huerta, individually and on behalf of all others similarly situated, Vinicio Mera, individually and on behalf of all others similarly situated, Jose Florez, individually and on behalf of all others similarly, Elvia Borja, individually and on behalf of all others similarly situated, | **ORDER**<br>Docket No. 25-810 |

       Plaintiff - Appellees,

v.

J.D. Workforce, Inc.,

       Defendant-Cross-Claimant-Appellant,

Steve Deane,

       Defendant,-Appellant,

Marav USA LLC, DBA Bingo Wholesale, Hamwattie Bissoon,

       Defendants,

David Weiss, Marav Monsey LLC,

       Defendants-Cross-Claimants.

_____

The Appellant J.D. Workforce, Inc., Steve Deane filed a Notice of Appeal in the above-referenced matter. Appellant filed Form D on May 14, 2025 but failed to file a scheduling notification letter within 14 days of the filing, as required by Local Rule 31.2(a)(1)(A). Upon consideration thereof,

IT IS HEREBY ORDERED that, pursuant to Local Rule 31.2(a)(1)(A), Appellant's brief must be filed on or before June 23, 2025. The appeal is dismissed effective June 23. 2025 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the previously ordered filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court