# KATZMELINGER

370 LEXINGTON AVENUE, SUITE 1512
NEW YORK, NEW YORK 10017
www.katzmelinger.com

| | |
|---|---|
| Nicole Grunfeld | o: (212) 460-0047 |
| Katz Melinger PLLC | f: (212) 428-6811 |
| | ndgrunfeld@katzmelinger.com |

June 25, 2025

**VIA ECF**
Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

      **Re**: **Appellees' Scheduling Notification Under Local Rule 31.2(a)(1)(B)**
             *Huerta et al v. J.D. Workforce, Inc. et al. – Case No.: 25-810*

Dear Ms. Wolfe:

    Pursuant to Local Rule 31.2(a)(1)(B) of the Rules of the United States Court of Appeals for the Second Circuit, Appellees hereby designate September 22, 2025 as the date by which their principal brief will be filed. The designated date is 91 days from June 23, 2025, the date on which Appellants' brief was filed.

    We thank you for your time and attention to this matter.

                                              Respectfully submitted,

                                              */s/ Nicole Grunfeld*
                                              Nicole Grunfeld
                                              Katz Melinger PLLC
                                              Counsel for Appellees