UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

      At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall U.S. Courthouse, 40 Foley Square, in the City of New York, on the 27th day of June, two thousand twenty-five.

_____

| | |
|---|---|
| Huerta | AMENDED ORDER |
| v. | 25-810 |
| J.D. Workforce, Inc. | |

_____

      This Court's Civil Appeals Mediation Program ("CAMP") has scheduled mediation in this appeal pursuant to Local Rule 33.1:

      Date: Wednesday, July 16, 2025 at 2:00 PM (ET).

      Venue: Videoconference.

      Required Attendees: Counsel.

      Duration: 3 hours must be allocated.

      Instructions: CAMP will email counsel a videoconference link two weeks prior to the mediation.

Rebecca Price, member of the Pro Bono Appellate Mediator Panel of the Second Circuit, will hold the mediation. Ms. Price can be reached at Rebecca_price@nysd.uscourts.gov.

Counsel are directed to be prepared to discuss the legal merits of each issue on appeal, settlement possibilities, and the narrowing or clarification of issues.

Information shared during a CAMP proceeding is confidential. Attorneys and other participants are prohibited from disclosing what is said in a CAMP proceeding to anyone other than clients, principals, or co-counsel. See Local Rule 33.1(e).

Counsel must proceed with the so-ordered briefing schedule. See Local Rule 31.2. Mediation does not constitute an "extraordinary circumstance" for the purpose of seeking a briefing extension. See Local Rule 27.1(f).

Any questions regarding this order should be sent via email to camp_support@ca2.uscourts.gov or by calling (212) 857-8760.

      For The Court:
      Catherine O'Hagan Wolfe,
      Clerk of Court