# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 25-810

**Caption [use short title]**

**Motion for:** Extension to File Appellees' Brief

**Set forth below precise, complete statement of relief sought:**
Appellee respectfully moves, pursuant to FRAP 26(b) and Local Rule 27.1, for a 60-day extension of time, from September 22, 2025 to November 21 2025, to file their reply to Appellants' brief. We make the request due to ongoing CAMP mediation. This is Appellees' second such request, and it is made with Appellants' counsel's consent.

## Huerta v. J.D. Workforce, Inc.

**MOVING PARTY:** Huerta, et al.
**OPPOSING PARTY:** J.D. Workforce, Inc., et al.

☐ Plaintiff  ☐ Defendant
☐ Appellant/Petitioner  ✔ Appellee/Respondent

**MOVING ATTORNEY:** Nicole Grunfeld
**OPPOSING ATTORNEY:** Emanuel Kataev

*[name of attorney, with firm, address, phone number and e-mail]*

Katz Melinger, PLLC
370 Lexington Ave., Suite 1512, New York, NY 10017
(212) 460-0047; ndgrunfeld@katzmelinger.com

Sage Legal LLC
1411 Broadway, 29th Floor, New York, NY 10018
(718) 412-2421; emanuel@sagelegal.nyc

**Court- Judge/ Agency appealed from:** United States Court for the Southern District of New York - Hon. Kenneth M. Karas

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
✔ Yes  ☐ No (explain):

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No
Requested return date and explanation of emergency:

Opposing counsel's position on motion:
✔ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ✔ No  ☐ Don't Know

Is oral argument on motion requested?  ☐ Yes  ✔ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ✔ No  If yes, enter date:

**Signature of Moving Attorney:**
*Nicole Grunfeld*  **Date:** September 15, 2025  **Service by:** ✔ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

-------------------------------------------------------------------------------X

JOSE HUERTA, VINICIO MERA, JOSE FLOREZ, AND ELVIA BORJA, individually and on behalf of all others similarly situated,

          *Plaintiffs-Appellees*,

-against-

No. 25-810

J.D. WORKFORCE, INC.,

          *Defendant-Cross-Claimant-Appellant*,

STEVE DEANE,

          *Defendant-Appellant*.

-------------------------------------------------------------------------------X

**UNOPPOSED MOTION FOR A 60-DAY EXTENSION OF TIME IN WHICH TO FILE THE FEDERAL APPELLEE'S BRIEF**

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure and Local Rule 27.1 of the Rules of the United States Court of Appeals for the Second Circuit, Plaintiffs-Appellees respectfully requests a 60-day extension of time from the current deadline of September 22, 2025, to and including November 21, 2025 in which to file their brief in this case.

In support of this motion, Appellee states as follows:

1. The brief is currently due on September 22, 2025.

2. This is Plaintiffs-Appellees' second request for an extension of time in this case.

3. The extension is requested because Defendant-Cross-Claimant-Appellant and Defendant-Appellant intend to produce additional relevant documents to Plaintiffs-Appellees, after which the parties will continue with CAMP mediation, which may resolve the matter.

4. Counsel for Defendant-Cross-Claimant-Appellant and Defendant-Appellant consents to this request and has authorized the statement that this extension request is unopposed.

5. This request is made in good faith and not for purposes of delay.

6. For the foregoing reasons, the requested 60-day extension is necessary to ensure an adequate opportunity to prepare Plaintiffs-Appellees' response brief in this case.

## CONCLUSION

For the foregoing reasons, Plaintiffs-Appellees respectfully request a 60-day extension of time, to and including November 21, 2025, in which to file their response brief.

Dated: September 15, 2025
New York, New York

                                          KATZ MELINGER PLLC

                        By:    */s/ Nicole Grunfeld*
                                   Nicole Grunfeld, Esq.
                                   370 Lexington Avenue, Suite 1512
                                   New York, New York 10017
                                   (212) 460-0047
                                   ndgrunfeld@katzmelinger.com
                                   *Attorneys for Plaintiffs-Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2025, I filed and served the foregoing Unopposed Motion for an Extension of Time with the Clerk of the Court by causing a copy to be electronically filed via the appellate CM/ECF system. I also certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

<u>/s/Nicole Grunfeld</u><br>
Nicole Grunfeld, Esq.