# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of September, two thousand twenty-five.

Before:     José A. Cabranes,
                  *Circuit Judge.*

_____

| | |
|---|---|
| Jose Huerta, individually and on behalf of all others similarly situated, Vinicio Mera, individually and on behalf of all others similarly situated, Jose Florez, individually and on behalf of all others similarly, Elvia Borja, individually and on behalf of all others similarly situated, | **ORDER** <br><br> Docket No. 25-810 |

    Plaintiffs - Appellees,

  v.

J.D. Workforce, Inc.,

    Defendant-Cross-Claimant-Appellant,

Steve Deane,

    Defendant-Appellant.

_____

    Appellees move for a 60-day extension, to and including November 21, 2025, to file their response brief.

    IT IS HEREBY ORDERED that the motion is GRANTED, on consent.

                                       For the Court:
                                       Catherine O'Hagan Wolfe,
                                       Clerk of Court

